-PS-O-

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

WAI YEN NG,

          Petitoner,

    -v-

ALBERTO GONZALEZ, Attorney General of
the United States of America, EDWARD McELROY,
Commissioner, Department of Homeland Security,
Immigration and Customs Enforcement, and
WILLIAM CLEARY, Field Office Director,
Immigration and Customs Enforcement,

          Respondents.

**DECISION AND ORDER**
06-CV-0854Sr

FILED 07 JAN -5 PM 12:15 U.S. DISTRICT COURT WDNY-BUFFALO

    Petitioner, Wai Yen Ng, has filed a petition for habeas corpus relief, pursuant to 28 U.S.C. § 2241, challenging his continued administrative custody/detention pending removal. (Docket No. 1). The Court has been informed by both the Department of Homeland Security, Immigration and Customs Enforcement, and petitioner that petitioner was released from administrative detention on or about December 22, 2006.

    Because petitioner has obtained the relief he was requesting in the petition-- *i.e.*, release from administrative detention pending removal--the petition is hereby dismissed as moot.

    IT IS SO ORDERED.

                                                /s/ Richard J. Arcara
                                      HONORABLE RICHARD J. ARCARA
                                      CHIEF JUDGE
                                      UNITED STATES DISTRICT COURT

Dated:    Jan. 4, 2007